UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON WINDOM,<br><br>  Plaintiff,<br><br>  v.<br><br>B. CATES, et al.,<br><br>  Defendants. | 1:20-cv-01316-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 9) |

   Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

   On September 28, 2020, Plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted Plaintiff's previous application to proceed in forma pauperis in the present case on September 22, 2020, IT IS HEREBY ORDERED THAT Plaintiff's application of September 28, 2020, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   **September 30, 2020**                              
                                                  UNITED STATES MAGISTRATE JUDGE

1