1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   SOLOMON WINDOM,                          )  No.: 1:20-cv-01316-NONE-SAB (PC)
                                              )
12              Plaintiff,                    )
                                              )  ORDER ADOPTING FINDINGS AND
13          v.                                )  RECOMMENDATIONS IN PART AND
                                              )  DISMISSING ACTION FOR FAILURE TO
14   B. CATES, et al.,                        )  PROSECUTE AND FAILURE TO OBEY A
                                              )  COURT ORDER
15              Defendants.                   )
                                              )  (Doc. No. 14)
16                                            )
                                              )
17   _____      )

18          Plaintiff Solomon Windom is proceeding *pro se* and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On December 4, 2020, the assigned magistrate judge issued findings and recommendations

22   recommending that this action be dismissed for failure to state a cognizable claim for relief, failure to

23   comply with a court order, and failure to prosecute.  (Doc. No. 14.)  Those findings and

24   recommendations were served on plaintiff and contained notice that any objections thereto were to be

25   filed within fourteen (14) days from the date of service.  (*Id*. at 8.)  To date, no objections to the

26   pending findings and recommendations have been filed with the court, and the time for doing so has

27   expired.

28   ///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned adopts the findings and recommendations insofar as they recommend dismissal for failure to prosecute and failure to obey a court order. The court therefore finds it unnecessary to address whether the complaint states cognizable claims.

Accordingly,

1. The findings and recommendations issued on December 4, 2020 (Doc. No. 14) are adopted in part;

2. This action is dismissed for failure to comply with a court order and failure to prosecute; and

3. The Clerk of Court is directed to assign a district judge to this case for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated:   **February 9, 2021**                    _____

UNITED STATES DISTRICT JUDGE

2